AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
EVERON, DAVID N
UPS STORE
10710 SCHNEIDER RD BLDG 103
FORT BENNING, GA 31905

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00141-AGH
Case No. GM1 E2536360
USM No.

Defendant's Attorney

**THE DEFENDANT:** EVERON, DAVID N

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15<br>OCGA § 40-2-8 | Suspended Registration reduced to<br>Operation of unregistered vehicle | 01/30/2026 | 1 |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court .

| Total | Assessment | Fine | Processing Fee |
|---|---|---|---|
| $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 4997

Defendant's Year of Birth: 2002

City and State of Defendant's Residence:
FORT BENNING, GA

07/02/2026
Date of Imposition of Judgment

s/ Amelia G. Helmick
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/02/2026
Date

DEFENDANT: EVERON, DAVID N

CASE NUMBER: GM1 E2536360 CM/ECF Case No. 4:26-PO-00141-AGH

DISTRICT: MIDDLE DISTRICT OF GEORGIA

**Judgment in a Criminal Case Personal Identification Attachment**
**(Not for Public Disclosure)**

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: ###-##-4997

Defendant's Date of Birth: 07/24/2002

Defendant's Residential Address : UPS STORE
10710 SCHNEIDER RD BLDG 103
FORT BENNING, GA 31905

Defendant's Mailing Address :
*(if different)*